ECHO LAKE CORPORATION and Another, Respondents, v. TOWN OF MOUNT PLEASANT and EDWARD G. REHFIELD and Others, Constituting the Board of

Water Commissioners of Hardscrabble Water District in the Town of Mount Pleasant New York, Appellants.— Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 736.] Motion for a stay granted. Lazansky, P. J., Hagarty, Davis and Adel, JJ., concur; Taylor, J., not voting.